U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

2025 APR -3 PM 3:06

CLERK

BY AL
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)
TYLER KENNETH GEORGE LEAVINE )
and JODY LYNN MCGUIRE, )
Defendants )

Crim. No.: 2:25-Cr-34-1-2

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about March 26, 2025, in the District of Vermont, defendants, TYLER KENNETH GEORGE LEAVINE and JODY LYNN MCGUIRE, knowing and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States by means of transportation.

(8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II))

A TRUE BILL

_____
FOREPERSON

*[signature]*
MICHAEL P. DRESCHER (WLF)
Acting United States Attorney
Burlington, Vermont
April 3, 2025